UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

**This Document Relates To:**

*Charleen Glasgow v. Boehringer Ingelheim Pharmaceuticals Inc., et al*   No. 15-px-122-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on April 21, 2015 (Doc. 13), granting the Motion to Dismiss, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** April 24, 2015

Digitally signed by David R. Herndon
Date: 2015.04.24 08:55:54 -05'00'

**APPROVED:**
U.S. DISTRICT JUDGE
U. S. DISTRICT COURT